IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORTHOPHOENIX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DFINE, INC., *et al.*,<br><br>Defendants. | C.A. No. 13-1003 (LPS) |
| ORTHOPHOENIX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., *et al.*<br><br>Defendants. | C.A. No. 13-1007 (LPS) |
| ORTHOPHOENIX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, *et al.*,<br><br>Defendant and Counterclaim Plaintiff<br><br>v.<br><br>ORTHOPHOENIX LLC, IP NAVIGATION GROUP, LLC, MEDTRONIC, INC.,<br><br>Counterclaim Defendants. | C.A. No. 13-1628 (LPS) |

**DECLARATION OF ANNE SHEA GAZA IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEFS**

I, Anne Shea Gaza, declare as follows:

1. I am an attorney with the law firm of Young Conaway Stargatt & Taylor, LLP, counsel for Defendant-Counterclaim Plaintiff, Stryker Corporation ("Stryker") in Civil Action No. 13-1628-LPS. I submit this declaration in support of Defendant Stryker's Opening Claim Construction Brief Regarding U.S. Patent Nos. 6,663,647, 6,248,110, 6,981,981 and 7,044,954 and Defendants' Opening Claim Construction Brief Concerning U.S. Patent No. 6,440,138 and 6,863,672.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,663,647.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,981,981.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,248,110.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,044,954.

6. Exhibits 5-8 were previously filed at D.I. 133-11 and -12, -13, -14, and -15,[1] and are selected pages from the prosecution histories of U.S. Application No. 08/188,224 (Ex. 5), U.S. Patent No. 6,423,083 (Ex. 6), U.S. Patent No 6,663,647 (Ex. 7), and U.S. Patent No. 6,981,981 (Ex. 8).

7. Attached hereto as Exhibit 9 are selected pages from the prosecution history of U.S. Patent No. 7,044,954, previously filed under D.I. 133-16, now including the application as filed bearing bates numbers STRORT00174754 to STRORT00174804.

[1] All docket references are to Civil Action No. 13-1628-LPS.

8. Exhibits 10 and 11 were previously filed at D,I. 133-17 and -18, and are selected pages from the prosecution histories of U.S. Application No. 11/199,715 (Ex. 10) and U.S. Application No. 11/977,608 (Ex. 11).

9. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Mary E. Jensen, M.D.

10. Attached hereto as Exhibit 13 is a true and correct copy of an article entitled "Percutaneous vertebroplasty with acrylic cement in the treatment of osteoporotic vertebral crush fracture syndrome," C. Debussche-Depriester, H. Deramond, et al., Neuroradiology (1991) 33 [Suppl]: 149-152.

11. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 6,440,138.

12. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 6,863,672.

13. Exhibits C and D were previously filed at D.I. 133-3 and -4 and are selected pages from the prosecution histories of U.S. Patent No. 6,440,138 (Ex. C), and U.S. Patent No. 6,863,672 (Ex. D).

14. Exhibits E and F were previously filed at D.I 133-5 and -6 and are Patent Owner's Preliminary Responses to Petitions for *Inter Partes* Review of U.S. Patent Nos. 6,440,138 (IPR2014-00908) (Ex. E) and 6,863,672 (IPR2014-00912) (Ex. F).

15. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Avery J. Evans, M.D.

16. Attached hereto as Exhibit H is a true and correct copy of U.S. Patent No. 4,969,888.

17. Attached hereto as Exhibit I is a true and correct copy of U.S. Patent No. 5,108,404.

18. Attached hereto as Exhibit J is a true and correct copy of U.S. Patent No. 5,540,693.

19. Attached hereto as Exhibit K is a true and correct copy of U.S. Patent No. 5,499,981.

20. Attached hereto as Exhibit L is a true and correct copy of U.S. Patent No. 5,100,423.

21. Attached hereto as Exhibit M is a true and correct copy of U.S. Patent No. 5,437,665.

22. Attached hereto as Exhibit N is a true and correct copy of excerpts from the American Heritage Illustrated Encyclopedic Dictionary (1987).

23. Attached hereto as Exhibit O is a true and correct copy of excerpts from Dorland's Illustrated Medical Dictionary, 28th Edition (1994).

24. Attached hereto as Exhibit P is a true and correct copy of excerpts from Smith, E.J. et al., "Smith's Reference and Illustrated Guide to Surgical Instruments" (1983).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: September 16, 2015

Anne Shea Gaza

Anne Shea Gaza (No. 4093)